## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**CEDRIC BELL, #X29932**

> **Plaintiff,**

**vs.**                                                      **Case No. 4:11cv119-MP/CAS**

**DR. MAURICE MARHALIC, et al.,**

> **Defendants.**

_____/

## REPORT AND RECOMMENDATION

This cause is before me upon referral from the Clerk.  In an order filed August 2, 2011, Plaintiff was directed to file a Third Amended complaint by September 6, 2011. Doc. 13.  On August 31, 2011, Plaintiff filed a motion for extension of time, doc. 14, which the court granted and extended his time for filing the amended complaint to November 1, 2011.  Doc. 15.  Because Plaintiff failed to file the Amended Complaint a Report and Recommendation was entered on November 10, 2011, recommending dismissal of his complaint for failing to comply with a court order.  Doc. 18.  On December 5, 2011, Plaintiff filed a Motion for Reconsideration.  Doc. 19.  The court granted Plaintiff's motion, vacated the Report and Recommendation and gave the

Plaintiff until January 13, 2012, to file his Third Amended Complaint as previously directed.  Because Plaintiff failed once again to comply with that order, another Report and Recommendation was entered January 27, 2012, recommending dismissal. Doc. 24.  On January 30, 2012, Plaintiff filed a motion for extension of time to comply with the Court's previous order.  Doc. 25.  Once again the court vacated the Report and Recommendaiton (doc. 24) and gave Plaintiff one final opportunity to file the Amended Complaint by April 4, 2012.  Plaintiff was again specifically warned of dismissal if he failed to comply.  Doc. 28.  To date, no response has been received from the Plaintiff.

Plaintiff has had ample opportunities to pursue this case and comply with court orders.  His complaint was filed over one year ago on March 24, 2011.  Doc. 1.    A trial court has inherent power to dismiss a case sua sponte for failure to prosecute.  Link v. Wabash R.R., 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962).  Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for failure to obey a court order.  Moon v. Newsome, 863 F.2d 835, 838 and cases cited (11th Cir.), *cert. denied*, 493 U.S. 863 (1989).  Since Plaintiff has failed to comply with an order or to prosecute this case, this complaint should now be dismissed without prejudice.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Tallahassee, Florida, on April 16, 2012.


 S/   Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**